## SECOND DISTRICT.

Konstanty Jackowicz, appellee, v. Kewanee Public Service Company, appellant. Gen. No. 8,935.

Opinion filed October 11, 1935. Rehearing denied and opinion modified May 19, 1936.

Thomas J. Welch and E. Bentley Hamilton, for appellant. James H. Andrews, Gregg A. Young and Harper Andrews, for appellee.

Mr. Justice Dove delivered the opinion of the court.

In re Conservatorship of John Tomac, appellee, v. Frank T. Hines, administrator of the Veterans Affairs, appellant. Gen. No. 8,975.

Opinion filed January 17, 1936.

H. R. Pool and E. G. Erlandson, for appellant. Frank J. Wise, for Victor Tomac, conservator. James A. Bray, for appellee William M. Knutson; Donovan, Bray & Gray, of counsel.

Mr. Presiding Justice Huffman delivered the opinion of the court.

Theodore Van Beuning, appellant, v. L. O. Eagleton et al., appellees. Gen. No. 8,997.

Opinion filed January 17, 1936.

George W. Hunt and J. Edward Radley, for appellant. Harry Dale Morgan, for appellees; William L. Eagleton, of counsel.

Mr. Presiding Justice Huffman delivered the opinion of the court.

Lee William Bowen, by Chloe Bowen, his mother and next friend, appellee, v. Stephen Lewis, appellant. Gen. No. 8,999.

Opinion filed January 17, 1936.

Welsh & Welsh, for appellant; C. K. Welsh, of counsel. Guyer & Berry, for appellee; Stanley H. Guyer, of counsel.

Mr. Presiding Justice Huffman delivered the opinion of the court.